IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RUSSELL LEE VANCE,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-CV-5908 |
| | : | |
| **COURT OF COMMON PLEAS** | : | |
| **OF PHILADELPHIA COUNTY,** | : | |
| Defendant. | | |

## ORDER

AND NOW, this 15th day of January 2025, upon consideration of Russell Lee Vance's Motion to Proceed *In Forma Pauperis* (ECF No. 4), Prisoner Trust Fund Account Statement (ECF No. 5), and *pro se* Petition for Writ of Mandamus (ECF No. 1), it is **ORDERED** that:

1. Vance's Motion for Leave to Proceed *In Forma Pauperis* is **GRANTED**.

2. Vance's Petition is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons stated in the Court's Memorandum.

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:


/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, J.**